UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01625-JAD-EJY<br><br>**ORDER** |

On October 27, 2023 the Court entered an Order denying Defendant's Motion to Extend Time to file a response to Plaintiff's Complaint. ECF No. 5. Later that same day the Court received the return of an executed Summons showing Defendant was served on October 11, 2023. ECF No. 6. This makes Defendant's responsive pleading due November 1, 2023.

Under the Court's broad authority to control its docket, IT IS HEREBY ORDERED that Plaintiff must, no later than **twelve noon on October 31, 2023**, file a Notice with the Court stating whether it objects to providing Defendant through and including November 15, 2023 to respond to Plaintiff's Complaint.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order and Plaintiff's Notice on Defendant by emailing the same to Defendant last known and best email address.

Dated this 30th day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1