1  Bryce C. Loveland, Esq.
   Nevada Bar No. 10132
2  Christopher M. Humes, Esq.
   Nevada Bar No. 12782
3  William D. Nobriga, Esq.
   Nevada Bar No. 14931
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
5  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106-4614
6  Telephone:  (702) 382-2101
   Facsimile:   (702) 382-8135
7  Email: bcloveland@bhfs.com
   Email: chumes@bhfs.com
8  Email: wnobriga@bhfs.com
9
10  *Attorneys for Plaintiffs*

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13  BOARD OF TRUSTEES OF THE              Case No.: 2:23-CV-01625-JAD-EJY
    TEAMSTERS LOCAL 631 SECURITY
14  FUND FOR SOUTHERN NEVADA; BOARD
    OF TRUSTEES OF THE TEAMSTERS
15  CONVENTION INDUSTRY TRAINING
    FUND
16
17                           Plaintiffs,    **MOTION TO STRIKE BLISS EXHIBIT
                                            SERVICES, LLC'S ANSWER**
18  vs.
19
    BLISS EXHIBIT SERVICES, LLC, a Nevada
20  limited liability company
21                           Defendant.
22

23        Plaintiffs, Board of Trustees of the Teamsters Local 631 Security Fund for Southern

24  Nevada and Board of Trustees of the Teamsters Convention Industry Training Fund (collectively,

25  the "Trust Funds") move to strike Bliss Exhibit Services LLC's ("Bliss") Answer, as it was filed

26  *pro se* on behalf of an LLC. The Trust Funds request that this Court set a date certain for Bliss to

27  both retain counsel and file a response to the Trust Funds' Complaint.

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

It is well established that a corporation may appear in federal court only through licensed counsel. *See, e.g., Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel."); *see also U.S. v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Trustees of Operating Engineers Pension Trust v. O'Donnell*, No. 2:04-cv-728-BES-LRL, 2007 WL 672528 (D. Nev. Feb. 27, 2007) (striking answer for failure to retain counsel). Indeed, "the rule that *artificial entities* must have licensed counsel protects the integrity and functioning of the federal courts." Sundby v. Marquee Funding Grp., Inc., No. 21-55504, 2022 WL 4826445, at *1 (9th Cir. Oct. 3, 2022), cert. denied, 143 S. Ct. 2563 (2023) (unpublished) (emphasis added).

This rule applies to all artificial business entities, including corporations and *limited liability companies. See United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008) (Posner, J.) (holding that an LLC can litigate only if represented by a lawyer.) (citing *Lattanzio v. COMTA*, 481 F.3d 137 (2d Cir.2007)); *Dougherty v. Snyder*, 469 F. App'x 71, 72 (3d Cir. 2012) (holding that a member of a single-member LLC cannot appear pro se in federal court on behalf of an LLC); *Garis v. Gypsum Res. Materials, LLC*, No. 2:16-CV-02534-APG-VCF, 2017 WL 7518924, at *1 (D. Nev. Nov. 22, 2017), report and recommendation adopted, No. 2:16-CV-02534-APG-VCF, 2018 WL 809646 (D. Nev. Jan. 5, 2018) (striking a LLC Defendant's Answer).

This Court has already issued an Order informing Bliss that it must appear in this action *through an attorney. See* (ECF No. 5). Bliss instead filed a pro se answer, in violation of the law and this Court's order. *See* (ECF No.11). As such, Bliss's Answer must be stricken as it is an LLC that is unable to appear in federal court absent a licensed attorney.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

The Trust Funds also respectfully request that this Court order Bliss to appear through counsel and set a date that counsel must appear on behalf of Bliss and respond to the Complaint. If Bliss does not respond to the Complaint through counsel by that deadline, then this Court should enter default against Bliss.

Dated: November 28, 2023.                    BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

26388389.2                                              3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on November 28, 2023, I served a true copy of the foregoing **MOTION TO STRIKE BLISS EXHIBIT SERVICES, LLC'S ANSWER.**

☒ a. **BY CM/ECF System** upon:

Bliss Exhibit Services, LLC
7962 Qual Mountain Ln
Las Vegas, Nevada 89131
mrdonnie@cox.net

*Pro Se Defendant*

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony S. Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP