UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01625-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Strike Bliss Exhibit Services, LLC's Answer filed by Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, *et al.* ECF No. 12. The Motion to Strike was filed on November 28, 2023. No responsive document was filed. Under U.S. District Court for the District of Nevada Local Rule 7-2(d), the failure of an opposing party to respond to a motion may be treated by the Court as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Strike Bliss Exhibit Services, LLC's Answer (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall strike Bliss Exhibit Services' Answer (ECF No. 11) from the docket.

IT IS FURTHER ORDERED that Bliss Exhibit Services must appear through counsel and file an answer to the Complaint no later than **January 3, 2024**.

IT IS FURTHER ORDERED that if Bliss Exhibit Services fails to do so, Plaintiffs may proceed with default or otherwise as they deem appropriate.

Dated this 13th day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE