Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,

Plaintiffs,

v.

BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,

Defendant.

CASE NO.: 2:23-cv-01625-JAD-EJY

**INDEX OF EXHIBITS FOR APPLICATION FOR DEFAULT JUDGMENT AGAINST GARNISHEE DEFENDANT WILLWORK, INC.**

1. Exhibit 1 – Writ of Garnishment

2. Exhibit 2 – Executed Writ of Garnishment and Affidavit of Service