# EXHIBIT 1

Writ of Garnishment

Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br>Plaintiffs,<br>v.<br>BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,,<br>Defendant. | **CASE NO. 2:23-cv-01625-JAD-EJY**<br><br>**WRIT OF GARNISHMENT** |

**TO: Willwork, Garnishee**
**7015 Corporate Plaza Drive, Suite 100**
**Las Vegas, Nevada 891118**

GARNISHMENT GREETING:

**YOU ARE HEREBY** notified that you are attached as garnishee in the above-entitled action and you are commanded not to pay any debt due from yourself to Defendant **Bliss Exhibit Services, LLC**, and that you must maintain possession and control of all personal property, money, credits, debts, and effects and choses in action of Defendant, in order that the same may be dealt with according to law; where such property consists of wages, salaries, commissions or bonuses,

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

the amount you shall retain shall be in accordance with 15 United States Code § 1673 and Nevada Revised Statute 31.295.

**YOU ARE REQUIRED** to answer the interrogatories attached hereto within twenty (20) days from the date of such service. If you have property, money, goods, chattels, credits, or effects in your hands and under your custody and control belonging to Defendant, any of the above listed items captured or secured under this garnishment should be paid or directed the **Teamsters Local 631 Security Fund for Southern Nevada**, c/o Christopher M. Humes, Esq., Brownstein Hyatt Farber Schreck, LLP, 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106.

In case of your failure within the time aforesaid to answer the interrogatories, a judgment by default will be rendered against you for the amount of **$39,741**.

Issued at the direction of:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

Wm. D. Nobriga [signature]

______________________________

Bryce C. Loveland, Esq.
Christopher M. Humes. Esq.
William D. Nobriga, Esq.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

Attorneys for Plaintiffs

Given under my hand this __________ day of ______________________, 2025.

Las Vegas Constable

By: ___________________________________

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**INTERROGATORIES**

[To be answered under oath within twenty (20) days from date of service.]

1. Are you in any manner indebted to **Bliss Exhibit Services, LLC**, 7962 Quail Mountain Lane, Las Vegas, NV 89131, either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.

ANSWER: ____________________________________________________________

2. Are you an employer of **Bliss Exhibit Services, LLC**? If so, state the length of your pay period and the amount **Bliss Exhibit Services, LLC**, currently earns during a pay period.

ANSWER: ____________________________________________________________

3. Did you have in your possession, in your charge, or under your control, on the date the writ of garnishment was served upon you, any money, property, effects, goods, chattels, rights, credits or chooses in action of **Bliss Exhibit Services, LLC**, or in **Bliss Exhibit Services, LLC**, is interested? If so, state its value, and state fully all particulars.

ANSWER: ____________________________________________________________

4. Do you know of any debts owing to **Bliss Exhibit Services, LLC**, whether due or not due, or any money, property, effects, goods, chattels, rights, credits or chooses in action, belonging to **Bliss Exhibit Services, LLC**, or in which **Bliss Exhibit Services, LLC**, is interested, and now in possession of or under the control of others? If so, state fully all of the particulars.

ANSWER: ____________________________________________________________

5. State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.

ANSWER: ____________________________________________________________

______________________________________________________________________

**GARNISHEE**

I, ________________________________________, do solemnly swear or affirm that the answers to the foregoing interrogatories by me subscribed are true.

________________________________________
Signature of Garnishee

SUBSCRIBED AND SWORN to before me this ____ day of __________________, 2025.

________________________________________
NOTARY PUBLIC in and for said County and State

T631 v Bliss (Willwork)
Case No. 2:23-CV-01625-JAD-EJY

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br>Plaintiffs,<br>v.<br>BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,,<br>Defendant. | **CASE NO. 2:23-cv-01625-JAD-EJY**<br><br>**WRIT OF GARNISHMENT** |

**TO: Willwork, Garnishee**
**7015 Corporate Plaza Drive, Suite 100**
**Las Vegas, Nevada 891118**

GARNISHMENT GREETING:

**YOU ARE HEREBY** notified that you are attached as garnishee in the above-entitled action and you are commanded not to pay any debt due from yourself to Defendant **Bliss Exhibit Services, LLC**, and that you must maintain possession and control of all personal property, money, credits, debts, and effects and choses in action of Defendant, in order that the same may be dealt with according to law; where such property consists of wages, salaries, commissions or bonuses,

the amount you shall retain shall be in accordance with 15 United States Code § 1673 and Nevada Revised Statute 31.295.

**YOU ARE REQUIRED** to answer the interrogatories attached hereto within twenty (20) days from the date of such service. If you have property, money, goods, chattels, credits, or effects in your hands and under your custody and control belonging to Defendant, any of the above listed items captured or secured under this garnishment should be paid or directed the **Teamsters Local 631 Security Fund for Southern Nevada**, c/o Christopher M. Humes, Esq., Brownstein Hyatt Farber Schreck, LLP, 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106.

In case of your failure within the time aforesaid to answer the interrogatories, a judgment by default will be rendered against you for the amount of **$39,741**.

Issued at the direction of:
BROWNSTEIN HYATT FARBER
SCHRECK, LLP

______________________________
Bryce C. Loveland, Esq.
Christopher M. Humes. Esq.
William D. Nobriga, Esq.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

Attorneys for Plaintiffs

Given under my hand this _________ day of _____________________, 2025.

Las Vegas Constable

By: ________________________________

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**INTERROGATORIES**

[To be answered under oath within twenty (20) days from date of service.]

1. Are you in any manner indebted to **Bliss Exhibit Services, LLC**, 7962 Quail Mountain Lane, Las Vegas, NV 89131, either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.

ANSWER: ____________________________________________________________

2. Are you an employer of **Bliss Exhibit Services, LLC**? If so, state the length of your pay period and the amount **Bliss Exhibit Services, LLC**, currently earns during a pay period.

ANSWER: ____________________________________________________________

3. Did you have in your possession, in your charge, or under your control, on the date the writ of garnishment was served upon you, any money, property, effects, goods, chattels, rights, credits or chooses in action of **Bliss Exhibit Services, LLC**, or in **Bliss Exhibit Services, LLC**, is interested? If so, state its value, and state fully all particulars.

ANSWER: ____________________________________________________________

4. Do you know of any debts owing to **Bliss Exhibit Services, LLC**, whether due or not due, or any money, property, effects, goods, chattels, rights, credits or chooses in action, belonging to **Bliss Exhibit Services, LLC**, or in which **Bliss Exhibit Services, LLC**, is interested, and now in possession of or under the control of others? If so, state fully all of the particulars.

ANSWER: ____________________________________________________________

5. State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.

ANSWER: ____________________________________________________________

______________________________________________________________________

**GARNISHEE**

I, ________________________________________, do solemnly swear or affirm that the answers to the foregoing interrogatories by me subscribed are true.

________________________________________
Signature of Garnishee

SUBSCRIBED AND SWORN to before me this ____ day of __________________, 2025.

________________________________________
NOTARY PUBLIC in and for said County and State