# EXHIBIT 2

Executed Writ of Garnishment and Affidavit of Service

JAN 16 2025

78

Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
chumes@bhfs.com
wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,

Plaintiffs,

v.

BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,

Defendants.

**CASE NO.: 2:23-cv-01625-JAD-EJY**

**INSTRUCTIONS TO LAS VEGAS CONSTABLE RE US BANK**

You are hereby instructed to satisfy the judgment in the above-entitled suit for the total amount due, by following the instructions below:

Take possession of all funds in any and all accounts with

SERVED

**Willwork**
**7015 Corporate Plaza Drive**
**Suite 100**
**Las Vegas, Nevada 89118**

L.V. CONSTABLES OFFICE

held in the name of **Bliss Exhibit Services**, LLC.

x GABE FLEMING
PRINT NAME

**J. RICHTER P# 15532**

x 01-16-25 12 30
DATE & TIME

x CUST SERV REP
JOB TITLE



LVTC# 2356 Richter

32302553.1

# OFFICE OF THE EX-OFFICIO CONSTABLE
# LAS VEGAS TOWNSHIP

**Writ of Garnishment**
**Affidavit of Service**

State of Nevada )
)ss:
County of Clark )

The undersigned, being duly sworn, states that I received the within WRIT OF GARNISHMENT on the 16th day of January, 2025, and personally served the same on the 16th day of January, 2025 in the same manner as provided by the rule of court or law of this state for the service of a summons in a civil action, and I tendered the statutory fee of $5.00 to GAGE FLEMING at 7015 CORPORATE PLAZA DR Las Vegas, Nevada 89118.

UNSWORN DECLARATION: Per NRS 53.045:

"I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

Printed Name of Deputy: J. RICHTER P# 15532 Signature: [signature] Date: 01-16-25