AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of Teamsters Local 631 Security Fund for Southern Nevada, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>Bliss Exhibit Services, LLC,<br><br>            Defendant. | **DEFAULT JUDGMENT IN A CIVIL ACTION**<br><br>Case Number:   2:23-cv-01625-JAD-EJY |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that**

DEFAULT JUDGMENT is entered against Garnishee Defendant Willwork, Inc. in the amount of $39,741.00.

| | |
|---|---|
| 7/7/2025 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | _Amber Freeman_ |
| | Deputy Clerk |