UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BLISS EXHIBIT SERVICES, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01625-JAD-EJY<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF GARNISHEE DEFENDANT'S PERSON MOST KNOWLEDGEABLE OF WILLWORK, INC.** |

The Court having reviewed the Motion for Judgment Debtor Examination of Garnishee Defendant's Person Most Knowledgeable of Willwork, Inc. ("Willwork") submitted by the Plaintiffs, the Boards of Trustees of the Teamsters Local 631 Security Fund and Teamsters Convention Training Fund ("Trust Funds") and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Judgement Debtor Exam (ECF No. 40) is GRANTED.

IT IS FURTHER ORDERED that Garnishee Defendant's Person Most Knowledgeable of Willwork must appear at the office of Brownstein Hyatt Farber Schreck, LLC located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on February 13, 2026, at 10:00 A.M., for a judgment debtor examination before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter.

1. The documents produced in compliance with this Order.
2. Willwork's asset and liabilities.

IT IS FURTHER ORDERED that Garnishee Defendant's Person Most Knowledgeable of Willwork must produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, one week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of Willwork's stock, including the name and address of such owners;

2. Any and all documents evidencing the ownership of Willwork, including both individuals and entities;

3. Any and all documents regarding real property currently owned by Willwork, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

4. A complete current inventory list of assets owned by Willwork, including but not limited to, office equipment, vehicles, and accounts receivable;

5. The last twelve statements for each and every one of Willwork's bank accounts, without regard to whether such account remains open;

6. Any and all documents regarding real property disposed of by Willwork in the last five years;

7. Copies of all existing contracts under which Willwork is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

8. Any and all documents evidencing for whom Willwork has performed work in the past two years, and all records showing the number of hours worked by Willwork's employees in the past two years, and on what projects all such work was performed.

IT IS FURTHER ORDERED that Plaintiff **must** serve Willwork by (1) Certified Mail, (2) first class U.S. Mail, and (3) if electronic mail addresses, by email no later than January 5, 2026 with this Order.

IT IS FURTHER ORDERED that Plaintiff must file a notice of compliance regarding service no later than January 8, 2026.

DATED this 30th day of December, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE